B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>CENTRAL PARK ESTATES, LLC | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>F/K/A GREEN HILLS ESTATES INC. |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>c/o OLYMPIC DIAMONDS<br>580 5th Avenue - Suite 1200; New York, NY 10036 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>NEW YORK                                          ZIP CODE<br>10036 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
5355-5359 State Route 42; South Fallsburg, New York 12779

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

COURT USE ONLY

**ALLEGATIONS**
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
       or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor **CENTRAL PARK ESTATES, LLC**

Case No. _____

| | |
|---|---|
| **TRANSFER OF CLAIM** ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _[signature]_ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Mandel Minkov; Partner & Associate    04/24/2012 | **NO ATTORNEY** |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:  Mandel Minkov  1706 50th Street  Brooklyn, NY 11204 | Address _____  Telephone No. _____ |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address  Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address  Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Central Park & Green Hills Associates  c/o RPSS  1706 50 St  BROOKLYN, NY 11204 | Leasehold; Betterment & Improvements | $846,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

11-C-12
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:                                                         INVOLUNTARY CHAPTER 7

CENTRAL PARK ESTATES, LLC

   F/K/A GREEN HILLS ESTATES INC.

                                Case No.   12-        (    )
                    Debtor(s).
----------------------------------------X

## INVOLUNTARY CHAPTER 7 PETITION

    Petitioner, CENTRAL PARK & GREEN HILLS ASSOCIATES by its Partner and Associate MANDEL MINKOV, respectfully alleges:

    1.   Petitioner, Mandel Minkov as Partner and Associate of CENTRAL PARK & GREEN HILLS ASSOCIATES, (the "Petitioning Creditor") with an address at c/o Real Property Support Services, 1706 50th Street, Brooklyn, New York 11204, a not-for-profit partnership association holding an unsecured claim against the Debtor(s), not contingent as to liability and not in dispute, amounting in aggregate to $846,000.00.

    2.   The nature of the claim is for monies paid by the partners, associates and members of the petitioning creditor CENTRAL PARK & GREEN HILLS ASSOCIATES toward their leasehold and for the betterments and improvements and for the material, goods, services and monies for the betterments and improvements of debtor's (and petitioners') property, furnished, supplied, installed, sold and delivered by the Petitioning Creditor to the Debtor's property known as 5355-5359 State Route 42; South Fallsburg, New York 12779, and the amount of the claim is $846,000.00.

3.   The Debtor has its principal place of business within the district for a longer of One Hundred Eighty (180) days preceding the filing of this Involuntary Petition than in any other district, to wit:   the Debtor's address within the district is 580 5th Avenue - Suite 1200; New York, New York 10036.

    4.   The Debtor is an entity against whom an Order for Relief may be entered under Title XI; Chapter 7 of the United States Bankruptcy Code.

    5.   The Debtor is generally not paying the debts as they become due and that the Creditor(s) holding the claims are not contingent as to liability

and not subject to bona fide dispute, and said claims amount in aggregate, in excess of any lien held by them on the Debtor's property securing such claims, at least, and exceeding $50,000.00 or more.

6.  That Petitioner did present contracts, receipts, invoices and statements evidencing the debt, and did demand payment, which was refused.

7.  That upon information and belief, the Debtor does not have more than twelve (12) creditors.

8.  That it is verily believed that a Chapter 7 is the only relief to be granted, and it is further verily believed that when all facts are known, it will be determined that no viable assets exists or the Debtor is not able to be rehabilitated.

WHEREFORE, the Petitioning Creditor prays that an Order for Relief be entered against the Debtor under Chapter 7 of Title 11 of the United States Bankruptcy Code.

Dated: Brooklyn, New York
       April 24, 2012

_____
CENTRAL PARK & GREEN HILLS ASSOCIATES
By its Partner and Associate Mandel Minkov

**UNSWORN DECLARATION**

Mandel Minkov declares that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated:   Brooklyn, New York
         April 24, 2012

                                        _____
                                        CENTRAL PARK & GREEN HILLS ASSOCIATES
                                        By its Partner and Associate Mandel Minkov

11-C-12

Case No.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF:

## CENTRAL PARK ESTATES, LLC

## F/K/A GREEN HILLS ESTATES INC.

Case No.

Debtor(s).

## INVOLUNTARY CHAPTER 7

**PETITION UNDER TITLE XI OF THE UNITED STATES BANKRUPTCY CODE**

CENTRAL PARK & GREEN HILLS ASSOCIATES
Petitioning Creditor
By its Partner and Associate Mandel Minkov
c/o Real Property Support Services
1706 50th Street
Brooklyn, New York 11204
1718 431-0767

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN
-----------------------------------------------------------------X

VNB NEW YORK CORP.,

                    Plaintiff,

- against -

CENTRAL PARK ESTATES, LLC, NISSAN PERLA,
NCC CAPITAL, LLC, and THE NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE,

                    Defendants.
-----------------------------------------------------------------X

Index No. 3957/2010

**NOTICE OF SALE**

Assigned to Hon.:
Mark M. Meddaugh, AJSC

Pursuant to a Judgment of Foreclosure and Sale dated December 28, 2011, I, the undersigned Referee, duly appointed in this action for such purpose, will expose for sale and sell at Public Auction to the highest bidder at the Sullivan County Courthouse, Supreme Court Lobby, 414 Broadway, Monticello, New York on the 25th day of April, 2012, at 9:15 A.M. in the forenoon of that day, the mortgaged premises directed in and by said judgment to be sold as one parcel and described as follows: All that certain plot, piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being in the Town of Fallsburg, County of Sullivan, State of New York and known and designated as Section 56, Block 1, Lot 4.3, and more commonly known as 5359 State Route 42, South Fallsburg, State of New York.

The above premises are being sold subject to all of the terms and conditions set forth in the foregoing Judgment of Foreclosure and Sale; and subject to covenants, easements, restrictions and reservations of record, if any, and subject to any state of facts an accurate survey or personal inspection may disclose.

Dated: Goshen, New York
       March 26, 2012

                                      Claire I. Sullivan, Esq., Referee

BURT J. BLUSTEIN, ESQ.
BLUSTEIN, SHAPIRO, RICH & BARONE, LLP
Attorneys for Plaintiff
10 Matthews Street
Goshen, New York 10924
(845) 291-0011