# BLUSTEIN, SHAPIRO, RICH & BARONE, LLP

## ATTORNEYS AT LAW

BURT J. BLUSTEIN
bblustein@mid-hudsonlaw.com
MICHAEL S. BLUSTEIN
mblustein@mid-hudsonlaw.com
RICHARD J. SHAPIRO*
rshapiro@mid-hudsonlaw.com
GARDINER S. BARONE
gbarone@mid-hudsonlaw.com
RITA G. RICH
rrich@mid-hudsonlaw.com
JAY R. MYROW
jmyrow@mid-hudsonlaw.com

10 MATTHEWS STREET
GOSHEN, NEW YORK 10924
(845) 291-0011
FAX (845) 291-0021
TOLL FREE (866) 263-5006
bsr@mid-hudsonlaw.com
www.mid-hudsonlaw.com

CAROL C. PIERCE
cpierce@mid-hudsonlaw.com
AUSTIN F. DUBOIS*^†
adubois@mid-hudsonlaw.com
RAYMOND P. RAICHE^
rraiche@mid-hudsonlaw.com
TUYET-HANH VICTORIA TRAN
vtran@mid-hudsonlaw.com
MICHAEL R. FRASCARELLI
mfrascarelli@mid-hudsonlaw.com
ARTHUR SHAPIRO
OF COUNSEL
JUSTICE DAVID S. RITTER
Appellate Division (Ret.)
OF COUNSEL
CHARLES A. JUDELSON°†
OF COUNSEL
cjudelson@bmjpc.com

*ALSO ADMITTED IN PA**
*ALSO ADMITTED IN NJ^*
*ALSO ADMITTED IN FL°*
*MASTER OF LAWS IN TAXATION†*

November 26, 2012

**VIA EMAIL jmp.chambers@nysb.uscourts.gov**

Chambers of Hon. James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attn: Lynda Calderon

    RE:    **Involuntary Bankruptcy Petition - Central Park Estates, LLC**
              **Bankruptcy Petition No.: 12-11703-JMP**
              **Our File No. 10-0914**

Dear Lynda:

    I represent the Secured Creditor VNB New York Corp. in the above matter and I respectfully submit this letter to the Court to accept a request for an adjournment of the hearing date originally scheduled for November 27, 2012 to December 18, 2012. Mr. Schwartzberg has consented to this adjournment as long as my filing for sanctions against Mandel Minkov and Central Park & Green Hills Associates be filed by Thursday, November 29, 2012. No further adjournments will be requested and consented to.

    I thank the court for its prompt attention and courtesies in this matter.

Very truly yours,
BLUSTEIN, SHAPIRO, RICH & BARONE, LLP

Raymond P. Raiche

RPR/ctd
cc: *via email only*
    Paul K. Schwartzberg, Esq., Paul.Schwartzberg@usdoj.gov