UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

CENTRAL PARK ESTATES, LLC,

                         Debtor.

-----------------------------------------------------------x

             Chapter 7 (Involuntary)

             Case No. 12-11703 (JMP)

### ORDER DISMISSING INVOLUNTARY CHAPTER 7 CASE WITH PREJUDICE

Based upon the Motion of the United States Trustee to Dismiss the Involuntary Case with Prejudice, dated June 26, 2012, the hearing held before this Court, and it appearing that appropriate notice has been given and cause existing for the relief requested, it is

ORDERED, that the above-captioned involuntary Chapter 7 case is hereby dismissed with prejudice pursuant to 11 U.S.C. §§ 305(a)(1) and 707(a), and it is further

ORDERED, that the debtor shall be ineligible to be a debtor under title 11 for a period of one year from the date of this order.

Dated: New York, New York
         December 18, 2012

                                              *s/ James M. Peck*
                                              HONORABLE JAMES M. PECK
                                              UNITED STATES BANKRUPTCY JUDGE